**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO: 8:09-cr-572-T-30TGW

JAMES JACKSON MACK

_____

**ORDER**

THIS CAUSE comes before the Court upon the Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. #494). Upon review and consideration, the Court notes that Defendant was convicted for powder cocaine, not crack. The guideline amendments do not apply to him. It is therefore

ORDERED AND ADJUDGED that:

1. Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. #494) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of May, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-572 reduce 494 Mack.docx